IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-01524-MSK-KMT

BETH S. MAXWELL; and
MARTIN R. MAXWELL, wife and husband,

      Plaintiffs,

v.

STRYKER CORPORATION, a Michigan corporation;
STRYKER SALES CORPORATION, a Michigan corporation; and
DOES 1-10, inclusive,

      Defendants.

---

## ORDER OF RECUSAL

---

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter due to a social relationship as part of a residential community with counsel of one of the law firms. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 27th day of June, 2011.

                                              **BY THE COURT:**

                                              *Marcia S. Krieger*
                                              Marcia S. Krieger
                                              United States District Judge