IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 11-cv-01524-REB-KMT

BETH S. MAXWELL, and
MARTIN R. MAXWELL, wife and husband,

    Plaintiffs,

v.

STYKER CORPORATION, a Michigan corporation,
STYKER SALES CORPORATION, a Michigan corporation, and
DOES 1-10, inclusive,

    Defendants.

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    This matter comes before the Court, *sua sponte*.

    **IT IS ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(A)-(C), Fed. R. Civ. P. 72 and D.C.COLO.LCivR 72.1C, the United States Magistrate is designated to conduct proceedings in this civil action as follows:

- (X) Convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.

- (X) Conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause.

- (X) Convene such settlement conferences and direct related procedures as may facilitate resolution of this case.

- (X) Hear and determine pretrial matters, as referred.

- (X) Conduct a pretrial conference and enter a pretrial order.

    **IT IS FURTHER ORDERED** that parties and counsel shall be familiar and comply with the undersigned judge's requirements at www.cod.uscourts.gov.

    Dated July 8, 2011, at Denver, Colorado.

    BY THE COURT:

Robert E. Blackburn
United States District Judge