# Exhibit 3

**Report of Dr. Michelle Donaldson**

I have been retained by counsel for Stryker Corporation to review medical records relating to plaintiff Beth Maxwell. I have also reviewed pertinent medical literature relating to the causes of glenohumeral arthritis, local anesthetics, continuous infusion pain pumps, and post-arthroscopic glenohumeral chondrolysis and offer my opinions on those subjects as they relate to Ms. Maxwell's case. This report is based on my education, training, clinical experience, research, and review of the relevant materials and literature. All of the opinions expressed are to a reasonable degree of medical probability.

I.   **Introduction and Qualifications**

I am a board certified orthopedic surgeon with a subspecialty in orthopedic sports medicine practicing in Livingston, Montana. In addition to general orthopedics, I have also received a Certificate of Additional Qualification in orthopedic sports medicine. The primary focus of my practice is arthroscopic shoulder and knee surgery.

I graduated from the University Of Pittsburgh School Of Medicine, and was awarded membership in Alpha Omega Alpha medical honor society for my academic and clinical achievements. During medical school I completed an additional research fellowship year. My post-sophomore fellowship research year focused primarily on research related to the development of post-traumatic arthritis. I completed an orthopedic surgery residency at Johns Hopkins Hospital. My final year at Johns Hopkins, I was a Chief Resident. I subsequently completed a sports medicine fellowship at the Steadman Hawkins Clinic in Vail, Colorado. My fellowship focused primarily on the advanced arthroscopic care of shoulder and knee injuries.

Throughout residency and fellowship, I continued my strong research focus, primarily focused on the causes of post-traumatic arthritis in the unstable knee and shoulder. I have published 16 papers, 14 in peer reviewed journals, book chapters, and have presented the results of this research throughout the world. I have been awarded two international research awards; the Caspari award for my work in the field of shoulder arthritis and instability, and the Herodicus society award for my work in the molecular basis of post-traumatic arthritis. I was also a finalist for the Joyce award for my research in this area.

I have a busy clinical practice, which focuses primarily on the advanced treatment of shoulder and knee problems, primarily arthroscopic; another significant portion of my practice is low energy trauma. I am also involved in many administrative aspects of my hospital. My administrative responsibilities include being medical director of a multi-specialty clinic, president of the medical staff, chief of surgery, and I am a trustee of the hospital board.

I have been in practice for ten years, and during that time have performed an average of 600 cases and procedures a year. Arthroscopic and open shoulder surgery comprises 25%; arthroscopic and open knee surgeries comprise 25%, with the remainder of my caseload focused on trauma, hand, and general orthopedics. Of my shoulder practice, a majority involves subacromial and rotator cuff procedures with 10-15% being instability and intra-articular procedures. I have used the Stryker pain pump since 2003. I have used the pain pump primarily in shoulders, occasionally in knees. In shoulders, I place the pain

pump in the subacromial space for subacromial and rotator cuff procedures and in the anterior soft tissues and juxta-articular for instability procedures. I have also used pain pump catheters in joints. In my career, I have used approximately 700 pain pumps and have never had a single patient develop chondrolysis. I have recently stopped using pain pumps, but this is not because I am concerned about their effectiveness or safety.

In my experience, I have found them to be very safe, and effective in controlling pain and beneficial for my patients. This opinion is based on both my clinical experience treating hundreds of patients as well as various clinical studies demonstrating their safety and efficacy. Pain pumps have many advantages, but the primary one is that they decrease the need for opiate utilization and opioid-related side effects such as sedation, confusion, nausea, vomiting, addiction, urinary retention, constipation, and allergic reactions.

My education, experience and publications are more fully described in the attached C.V.

## II.  Background

There is significant controversy today regarding the issue of whether or not continuous infusion of local anesthetics plays any role in the development of post-arthroscopic chondrolysis of the shoulder. Since I started using the Stryker pain pump, I have followed the literature regarding infusion pumps closely. Until recently, their use, when following good medical judgment and the manufacturer's instructions, was standard and, based on the totality of scientific and medical knowledge available, there was no reasonable basis to believe such use would pose any clinically significant risk to the cartilage of patients. Additionally, since being retained as an expert in this case, I have completed and exhaustive literature review of the case reports, basic science, animal studies and general reviews regarding pain pumps, and intra-articular local anesthetics.

Local anesthetics have been used with and without epinephrine since the late 1930's. In fact the length of time this technique has been utilized and the number of patients having received this treatment makes it the standard of care for many intra-articular and soft tissue orthopedic conditions. Despite the widespread and extensive safe and effective intra-articular use of local anesthetics, such use is considered "off-label," as these local anesthetics were approved for use by the FDA for soft tissue superficial anesthesia and not for intra-articular administration. Decades ago, doctors started using these medications intra-articularly. From 1930 to now, the routine use of intra-articular local anesthetic injections grew and became standard of care.

The orthopedic community's comfort with putting anesthetics directly into joints led to our own creation of devices to infuse anesthetics into joints. Historically, orthopedists would leave catheters in the joints of patients and would push local anesthetics into the catheter by way of a syringe. Essentially, these were the first versions of pain pumps. The subsequent development of disposable pain pumps was spurred by this practice, and made this practice easier.

The shift to more ambulatory orthopedic surgery resulted in further expansion of the disposable pain pump. As insurance companies pushed for more extensive surgeries to be done as outpatients, more

effective, ambulatory pain control approaches were needed. Post-operative pain pumps were developed in a variety of sizes and volumes. Higher volume pumps, such as those having a 250 ml capacity were developed in response to demand from the medical community. Pain pumps have been beneficial to patients in controlling pain especially in the ambulatory surgery setting. They also allow for quicker recovery, reduced hospital stay, and decreased need for use of narcotics.

Prior to 2006, there was nothing in the published scientific literature even to suggest that the continuous infusion of local anesthetics into joints could damage cartilage. In fact, the literature established that pain pumps, even when used intra-articularly, were safe and effective (Rawal 1998, Klein 2001, Barber 2002, Yamaguchi 2002). None of these studies indicated any sort of cartilage risk, even with long term follow up of up to 37 months (average 22.4) (Yamaguchi 2002). Chondrolysis was not reported in any of these studies. In total, these studies represented a large patient population with not a single patient developing chondrolysis.

The first case report claiming the occurrence of chondrolysis in a patient, where continuous infusion of local anesthetics was used, was not published until 2007 by Hansen and Beck, after which several other case reports followed. Given the length of time that injections of local anesthetics had been used in joints, the length of time pain pumps had been used in relation to shoulder surgery and the peer-reviewed clinical trials showing that continuous infusion of local anesthetics into joints was effective, there simply did not exist grounds in the medical or scientific community to deduce some proposed and clinically significant risk to cartilage from infusion of local anesthetics into joints until sometime after the report by Hansen/Beck and the publication of other case reports raising such a hypothesis.

The pain pump catheter was approved by the FDA to be put in the body intra-operatively, subcutaneously, and intramuscularly. The labeling did not state specifically where physicians could place the catheter or the surgeries for which it could be utilized. The labeling provided for the Stryker pain pump complied with the FDA approved general indications and the state of knowledge at the relevant time.

## III. Literature Review

In scientific research, the best evidence is derived from what is referred to as Level 1 studies. Scientific studies are classified as Level 1-5. Level 1 studies are randomized controlled trials where patients are randomized to a treatment or controls, or various treatment groups, and those patients are compared in their outcomes. Level one studies are the gold standard for determining causation. Level 2 studies are retrospective studies where patients who have previously received a treatment or intervention are reviewed at a point after the treatment is instituted and there is no randomization of who did or did not receive the treatment. Level 3 studies are case control studies. Level 4 studies are case series with no control group, and finally level 5 evidence is expert opinion.

It is critical to understand that, even to the present time, there exists no Level 1 scientific evidence of an association between continuous infusion of local anesthetics and the subsequent development of chondrolysis of the shoulder.

Chondrolysis is a rare, but serious condition resulting in rapid and global articular cartilage loss typically occurring within 6-12 months of shoulder arthroscopy. All the literature that exists addressing chondrolysis acknowledges that the etiology of chondrolysis is still poorly understood and is most likely multifactorial, with likely some factors still unknown. The only common factor in most chondrolysis cases is the fact that the patient had a shoulder arthroscopy. Despite an intense basic science and clinical research focus on this phenomena in the orthopedic world recently, the full extent of factors, which lead to the development of this rare condition, remain unknown.

### a. Case Reports

The only reasonable and scientific conclusion from an extensive review of the Hansen and Beck paper and the other various case reports that have been published in peer reviewed journals, is that the cause of rapid cartilage loss after shoulder arthroscopy is multi-factorial. A large number of factors have been hypothesized to potentially contribute to the formation of post arthroscopic glenohumeral chondrolysis. These include surgical cartilage trauma, repetitive shoulder instability, preoperative shoulder cartilage trauma, surgical over tightening of the joint, radiofrequency devices, continuous infusion of local anesthetics, epinephrine, chlorhexadene, gentian violet, preservatives in local anesthetics, some types of bioabsorbable material, laser devices, and prominent anchors and suture knots. All of these case reports also conclude that much more research is needed to determine the cause or causes of this phenomenon.

A review of the cases of post-arthroscopic glenohumeral chondrolysis in the literature reveals that there are many cases in which pain pumps were not used. In fact, a single consistent factor that can explain this rapidly progressive joint deterioration in the cases has not been identified.

It is important to remember that case reports are classified as Level 4 evidence and are nothing but observations. Case reports cannot demonstrate cause and effect. Case reports cannot be used as a scientific basis to determine a cause and effect relationship.

Moreover, many factors potentially relevant to this issue, such as injections of various materials into the joints pre and concurrent with arthroscopy, iatrogenic injury to cartilage surfaces, the subclinical condition of deeper layers of cartilage matrix, the incidental use of radiofrequency devices short of thermal capsulorrhaphy, to name a few, have not been provided in these case reports nor systematically studied by anyone. Furthermore, the definition of "chondrolysis" as raised from report to report often blurs the distinction between osteoarthritis or other cartilage damage and true chondrolysis. These, and other reasons, make reliance on the case reports, case series and other publications very unscientific in terms of cause and effect relationships.

### b. Animal Studies

Multiple animal studies have been performed utilizing primarily rabbits and mice looking at the effect of the continuous infusion of bupivacaine with and without epinephrine on articular cartilage. These

studies have been inconclusive with the effects of bupivacaine being described as both chondrotoxic and chondroprotective.

In mid-2006, authors Gomoll *et al* conducted an animal study in which live rabbits were exposed to the continuous infusion of bupivacaine with and without epinephrine, with a control group with normal saline infusion. The authors then analyzed measures of cartilage viability and found that bupivacaine with and without epinephrine had a negative effect on chondrocyte viability, when analyzed histologically.

The same group then conducted a second study, in which they looked at the same rabbit model after three months. When they looked at the rabbit cartilage 3 months later, they found evidence that cartilage metabolism was improving and histologically bupivacaine had a positive effect (when compared to controls) on chondrocyte viability. The second Gomoll study, published in October of 2008, underscores the point that there are significant limitations inherent in animal studies. Animals have different anatomy and physiology and metabolize drugs differently. There are anatomical differences such as differences in the number of cartilage cells inside the articular cartilage matrix and the density of proteoglycans.

Animal studies can be helpful in testing theories, but are inadequate to draw cause and effect conclusions. To date, no animal study has been able to incite or demonstrate chondrolysis following the continuous infusion of local anesthetics.

### c.   In Vitro Studies

In Vitro studies use tissues and tissue cultures to evaluate medications and therapies. From 2006 to the present, a number of these studies have been performed evaluating both local anesthetic and other substances effects on chondrocyte and cartilage viability. A broad range of in vitro studies have shown that radiofrequency energy can cause articular cartilage injury. Osmolarity of arthroscopic irrigation solution and Chlorhexadene have also been shown to cause significant chondrocyte death.

Various concentrations of bupivacaine and lidocaine, with and without epinephrine have also been evaluated. The results of these studies have been very inconsistent and variable. Epinephrine alone has been noted to be toxic to chondrocytes. Additionally, lidocaine versus Marcaine toxicity on chondrocytes has been quite variable depending on the study. These studies overall do generally demonstrate that higher doses and longer duration of exposure of all types of medications studied can have a greater effect on chondrocytes, particularly monolayer cultures.

The applicability of these studies to the human shoulder joint is quite limited due to the shoulder joint's complex structure consisting of a thick layer of cartilage with interposed lubricating synovial fluid. The synovial fluid dilutes medications and the amount of medication that chondrocytes should be exposed to in monolayer to reproduce human articular cartilage exposure is unknown. The tissue culture techniques used in in vitro studies do not replicate healthy human articular cartilage, in that the cartilage has to be cut away from the bone to establish a culture, and this process damages the cartilage. The damaged cartilage in the tissue culture techniques is more susceptible to damage in the

laboratory from any substance it is exposed to. The result is that the in vitro studies, while helpful for developing hypotheses or seeking answers to mechanisms of action, are not reliable and cannot be used to address the questions of cause and effect.

### d.   Clinical Experience

My own clinical experience with the use of local anesthetics and the use of pain pumps forms an important basis for my opinion. Since starting to use pain pumps in 2003, I have done over 700 shoulder surgeries with the pain pump being placed either subacromially or juxta-articular. I follow my patients closely (for at least a year), and I live in a small town, so problems that arise post-operatively are almost always known. I have yet to see a single case of chondrolysis following the use of any pain pump I have placed.

I perform several types of arthroscopic surgeries including SLAP repairs, Bankart repairs, shoulder stabilizations, rotator cuff repairs, subacromial decompressions, etc. I have used pain pumps in 100% of my patients undergoing these procedures since 2003 (unless allergy noted). I initially used 0.25% bupivacaine without epi; however, changed to 0.5% Lidocaine in 2005, because of some interesting literature that noted that the metabolism of bupivacaine can be quite variable between individuals. In this basic science work, it was found that the average person can have a 10-fold difference in the rate at which they metabolize Bupivacaine. Bupivacaine can be cardiotoxic, and with this large difference in metabolism, I changed my local anesthetic to 0.5% Lidocaine without epi. Also of note, I have always used preservative free local anesthetics in my pumps.

In my opinion, randomized controlled clinical trials would be the best method of proving the safety and effectiveness of pain pumps; however, this data does not exist; and could not be done at this stage. With only case series to rely on, I factor my personal experience with approximately 700 pain pumps to establish a lack of causal relationship. I am aware that certain physicians have experienced a number of chondrolysis cases in their practice. However, I have not had similar outcomes, and feel that other factors must be at play to explain this clustering phenomenon. There have literally been millions of pain pumps placed over the past 10-15 years, and yet only a handful of these unexplainable chondrolysis cases have been reported.

### IV.   Summary

In my medical opinion based on my clinical experience and an exhaustive review of the existing literature, including case reports, animal studies, and in vitro studies, the cause of post arthroscopic glenohumeral chondrolysis is multifactorial and poorly understood. The only consistent reproducible factor in its cause is having a shoulder arthroscopy.

In the 10-15 years during which surgeons have been continuously infusing local anesthetics in the joint, only a relatively small number of patients (approximately 100) have developed this complication. The fact that many of these cases are clustered around certain surgeons seems to point to a uniqueness in the set up, arthroscopic procedure, surgical technique and other iatrogenic factors, and/or medications

used (concentration, dose, epinephrine, and metabisulfite) that results in the catastrophic loss of articular cartilage in the shoulder we know as chondrolysis.

It is also my opinion that, given the nature of the studies conducted to date, their inconsistent results, the many potential factors not considered or adequately studied, and the clinical experience to the contrary, it is not reasonable to conclude scientifically that any cause and effect relationship has been established between the continuous use of local anesthetics and the subsequent development of chondrolysis of the shoulder. Lastly, it is my opinion, as shared by Rapley and others, there is no scientific data available today suggesting the pain pumps themselves, or the accompanying materials provided therewith, play any role in the development of chondrolysis.

## V. Opinions Related to Plaintiff Beth Maxwell

### a. Clinical Course

1. Ms. Maxwell initially injured her right shoulder at work when she slipped off a back bumper of a truck and landed directly on her right arm. The date of injury was 6/26/1999. She was first seen by Dr. Jon Erickson complaining of ongoing right shoulder pain since the accident in September of 1999. At this visit right shoulder x-rays were reviewed which were described as no substantial abnormalities. A right shoulder MRI had been completed at Rocky Mountain Diagnostic Center and was also reviewed by Dr. Erickson. Dr. Erickson felt that Ms. Maxwell had a partial thickness rotator cuff tear, and a large SLAP lesion. He recommended right shoulder arthroscopy with SLAP repair.

2. 10/15/99-Ms. Maxwell underwent a right shoulder arthroscopy with repair and debridement of her SLAP lesion by Dr. Erickson. The labrum was fixed with 2 metallic screws. Dr. Erickson did not comment on the state of Ms. Maxwell articular surfaces at the time of this surgery, but a surgical video was taken. My review of the arthroscopic video finds significant cartilage softening throughout the glenoid, with significant fissuring noted more anteriorly in the glenoid. The humeral head shows softening as well, although no fissures are noted at this surgery.

3. Ms. Maxwell was followed closely by Dr. Erickson post-operatively, and did well. She was initially allowed to return to work one month post-operatively, and by 3.5 months post-operatively was noted to have full range of motion, was approaching full strength, and was released for full duty with no restrictions. She was placed at maximal medical improvement in February of 2000.

4. Dr. Erickson next saw Ms. Maxwell in August of 2000 for a new injury to her right hip and left knee. She was diagnosed with a lateral meniscus tear, medial plica, and sciatica in her hip. She was treated with a knee arthroscopy, partial lateral menisectomy, and medial plica excision in September of 2000. During the knee arthroscopy she was noted to have significant cartilage damage on her medial femoral condyle, and trochlea. My review of the surgical video notes that Ms. Maxwell had the aforementioned cartilage lesions as well as significant global softening of her cartilage.

5. Ms. Maxwell was followed closely by Dr. Erickson and did well post-operatively with both her left knee symptoms and sciatica symptoms resolving after the surgery and with post-operative physical therapy. She

was last seen 3 months post-operatively and was released for full duty and placed at maximal medical improvement.

**6.** Dr. Erickson next saw Ms. Maxwell on July 19, 2001. She presented with a new injury to her left shoulder from a bicycle accident in which she went over the handlebars and landed on her left shoulder. The date of injury was May 19, 2001. Left shoulder x-rays were taken which were normal. Ms. Maxwell was referred for a left shoulder MRI arthrogram. The MRI was performed at Avista Adventist Hospital and was read as an extensive SLAP tear.

**7.** Ms. Maxwell followed up with Dr. Erickson after her MRI. He concurred with the diagnosis of an extensive left shoulder SLAP tear and recommended a shoulder arthroscopy with labral repair.

**8.** 8/31/01-Ms. Maxwell underwent a left shoulder arthroscopy with debridement and repair of an extensive SLAP lesion. The labrum was repaired with two Revo screws. During this surgery Dr. Erickson noted obvious cartilage damage to the mid portion of the glenoid and a cartilaginous loose body was removed. My review of the surgical video clearly shows extensive cartilage damage to the mid portion of the glenoid and to a slightly lesser extent the humeral head. An Intra-articular pain pump was placed at the end of this surgery.

**9.** Dr. Erickson closely followed Ms. Maxwell post-operatively. She did well post-operatively, but transiently developed some post-operative stiffness that resolved with ongoing physical therapy. She was noted to have full range of motion of her left shoulder in November 2001, and was released for full activity four months post-operatively.

**10.** Ms. Maxwell did well for a couple of years but started having more right shoulder pain. Dr. Schneider evaluated her and a right shoulder MRI arthrogram was ordered. The MRI was completed at Avista Adventist hospital. The MRI showed debris in the glenohumeral joint which likely represents cartilaginous loose bodies, redundancy of the inferior capsule, fraying of labrum with signal debris near the labrum. Dr. Schneider recommended repeat shoulder arthroscopy of the right shoulder.

**11.** 11/17/2003-Ms. Maxwell underwent a right shoulder arthroscopy with labral and rotator cuff repair. The labrum was repaired with two bioknotless PLA absorbable anchors, and the rotator cuff was repaired with metallic anchors. The articular surfaces were noted to have fraying on the humeral head, and fissuring of the glenoid cartilage with softening. A pain pump was placed post-operatively but its exact placement is unclear in the surgical note. The pain pump was placed under direct visualization in either the subacromial space or intra-articluarly. Arthroscopic photos and/or video are not available to review at the time of this report. Additionally, post-operative follow-up notes are not available at the time of this report.

**12.** In 2004, Ms. Maxwell developed, neck and low back pain. She received regular chiropractic care from August of 2004 through December of 2008. Her back pain continued to worsen and she eventually underwent a laminectomy, decompression and spine fusion of L5/S1. Imaging done of her lumbar spine during this period noted that Ms. Maxwell had significant degenerative disk disease at all levels of her lumber spine.

**13.** In October of 2009, Ms. Maxwell once again presented to Dr. Schneider complaining of right shoulder pain. An MRI of her right shoulder ordered by Dr. Schneider showed degenerative changes moderate to severe throughout her glenohumeral joint. Some degree of cartilage loss was noted throughout her central glenoid, and the posterior labrum was noted to be frayed. The rotator cuff was felt to be intact. Dr. Schneider recommended surgical intervention for shoulder arthroplasty if the pain persisted.

**14.** 12/11/09-Ms. Maxwell again presented to Dr. Schneider complaining of right shoulder pain, grinding, progressive loss of mobility, and night pain. He again recommended shoulder arthroplasty. On 12/29/09, Ms. Maxwell underwent a right total shoulder replacement and biceps tenodesis. She was discharged from the hospital two days latter. Post-operatively she was noted to do well and by 6 months follow-up had minimal pain, and complete range of motion. At the 6-month visit in May, 2010 she also complained of left shoulder pain, and crepitance. At one-year follow-up her right shoulder was doing well and right shoulder x-rays taken at that time showed good alignment of the shoulder replacement.

**15.** In June of 2011, Ms. Maxwell presented to Dr. Schneider complaining of left shoulder pain that had progressed in the last year with decreased motion and decreased activity tolerance. X-rays of the left shoulder taken at this visit showed glenohumeral joint space narrowing with an inferior humeral head osteophyte. Dr. Schneider recommended over the counter NSAIDS, Tylenol, activity modification and possibly a cortisone shot in the future.

### b. **Impressions and Opinions**

In my medical opinion to a reasonable degree of medical probability, the use of the Stryker pain pump and the infusion of local anesthetics through the pain pump into Ms. Maxwell's right shoulder did not cause her cartilage damage. Ms. Maxwell's condition is not chondrolysis; rather she has developed osteoarthritis in her right shoulder caused by normal aging and joint deterioration. Her right shoulder cartilage deterioration was most likely accelerated by trauma, long-term heavy use of her shoulder, and possibly contributed to by the use of bioabsorbable anchors.

Ms. Maxwell's shoulder degeneration is not chondrolysis. Chondrolysis is global cartilage loss noted in a joint over a short period of time; 6-12 months. Ms. Maxwell's shoulder early degeneration was already present prior to her rotator cuff repair, revision labral repair and placement of a pain pump in 2003. Ms. Maxwell's shoulder arthritis was not diagnosed until six years latter.

Furthermore, Ms. Maxwell has developed arthritis in multiple other joints over this time period. After a work related knee injury, she required an arthroscopy. During this procedure she was noted to have cartilage damage consistent with arthritis in her patellofemoral joint and medial compartment of her knee. Also in this 6 -year time frame, she was noted to have degenerative disk disease at 4 levels of her lumbar spine, requiring extensive back surgery and spinal fusion. All of these degenerative joint changes occurred as a result of the normal aging process.

Ms. Maxwell's right shoulder osteoarthritic process was likely accelerated by multiple traumas to her right shoulder. Ms. Maxwell was noted to participate in gymnastics in high school, which is very stressful on shoulders. Additionally, she sustained a major injury to her right shoulder in 2001. Finally, Ms. Maxwell worked for FedEx loading and unloading trucks for several years during this timeframe. This repetitive stress on an already compromised shoulder most likely contributed to and accelerated her right shoulder deterioration.

Ms. Maxwell may have also developed unrecognized anchor synovitis or a reaction to the PLA in the anchor. With bio absorbable anchors, the by products of the breakdown of the anchors can inflame the joint resulting in inflammation of the lining tissue of the joint, and eventually cartilage damage.

The combination of multiple shoulder injuries, chronic overuse of her compromised shoulder, and potential anchor synovitis resulted in the accelerated deterioration of her right shoulder arthritis. In my detailed review of Ms. Maxwell's medical records, I found no evidence that supports the diagnosis of post-arthroscopic glenohumeral chondrolysis or damage to the cartilage by the pain pump or the local anesthetic infused through it.

## VI. Bibliography

See attached list.

Dated: 4-23-12

Signed: _Michele Ol_____

## REFERENCES

1.      Abrams J. Complications of Absorbable anchors and high tensile strength suture anchors in the shoulder. Current Solutions in Shoulder and Elbow Surgery. Tampa Fla  Jan 23 2011.

2.      Ahmad CS, et al. Biomechanics of shoulder capsulorrhaphy procedures.  J Shoulder ElbowSurg, 2005;14:12S-18S.

3.      Alford J Winslow, Fadale Paul D.  Evaluation of postoperative Bupivacaine infusion for pain management after anterior cruciate ligament reconstruction.  Arthroscopy: The Journal of Arthroscopic and Related Surgery, 2003; 19(8): 855-861.

4.      Amin AK, et al.  Osmolarity influences chondrocyte death in wounded articular cartilage.  J Bone Joint Surg Am, 2008;90:1531-42.

5.      Anaquenze O. et al. Two Cases of  Glenohumeral Chondrolysis after Intraarticular pain pumps,.  Clin Orthop Relat Res, 2010;468:2545-2549.

6.      Anderson S Lance, et al.  Chondrolysis of the glenohumeral joint after infusion of Bupivacaine through an intra-articular pain pump catheter: A report of 18 cases.  Arthroscopy: The Journal of Arthroscopic and Related Surgery, 2010;26(4):451-461.

7.      Anz A, et al.  The effect of bupivacaine and morphine in a coculture model of diarthrodial joints. Arthroscopy 2009;25:225-31.

8.      Aprin H, et al.  Cartilage necrosis due to pin penetration: Experimental studies in rabbits.  J Ped Ortho, 1991;11:623-630.

9.      Athwal George S, et al.  Osteolysis and arthropathy of the shoulder after use of bioabsorbable knotless suture anchors.  A report of four cases.  J Bone Joint Surg Am, 2006;88:1840-1845.

10.     Banerjee SS, Pulido P, Adelson WS, Fronek J, Hoenecke HR: The efficacy of continuous bupivacaine infiltration following arthroscopic rotator cuff repair. Arthroscopy 2008; 24(4):397-402.

11.     Bailie DS, Ellenbecker T.  Severe chondrolysis after shoulder arthroscopy: A case series. J Shoulder Elbow Surg.  2009;18:742-749.

12.     Barber F Alan, Herbert Morley A.  The effectiveness of an anesthetic continuous-infusion device on postoperative pain control.  Arthroscopy: The Journal of Arthroscopic and Related Surgery, 2002;18(1)76-81.

13.     Barilla Maria-Louise, Carsons Steven E.  Fibronectin fragments and their role in inflammatory arthritis. Sem in Arthritis and Rheum, 2000;29(4):252-265.

14.     Beauthier V, et al.  Humeral Head Osteonecrosis following Arthroscopic Rotator Cuff Repair.  Knee Surg Sports Traumatol Arthrosc, Published online 24 December 2009.

15.     Berthelot P, et al.  Outbreak of Postoperative Shoulder Arthritis Due to Propionibacterium acnes Infection in Nondebilitated Patients.  Infect Control Hosp Epidemiol, 2006;27:987-990.

16.     Boden RA, et al. Use of bioabsorbable suture anchors and accelerated shoulder arthropathy. Am J Sports Medicine, 2009; 37:1429.

17.     Bogatch Michael T, et al. Is chemical incompatibility responsible for chondrocyte death induced by local anesthetics? Am J Sports Med, 2010;38(3):520-526.

18.     Bojescul John A, et al. Idiopathic chondrolysis of the ankle. Arthroscopy: The Journal of Arthroscopic and Related Surgery, 2005;21(2):224-227.

19.     Bulstra SK, et al. The effect in vitro of irrigating solutions on intact rat articular cartilage. J Bone Joint Surg Br, 1994;76(3):468-470.

20.     Buscayret F, et al. Glenohumeral Arthrosis in Anterior Instability Before and After Surgical Treatment, Incidence and Contributing Factors. Am Orth Soc Sports Med, 2004;32(5):1165-1172.

21.     Busfield BT, et al. Subacromial pain pump use with arthroscopic shoulder surgery: A short-term prospective study of complications in 583 patients. J Shoulder Elbow Surg, 2008;17(6)860-62.

22.     Busfield BT, Romero DM. Pain pump use after shoulder arthroscopy as a cause of glenohumeral chondrolysis. Arthroscopy, 2009;25:647-52.

23.     Caffey Sean, et al. Effects of radiofrequency energy on human articular cartilage. Am J Sports Med, 2005;33(7):1035-1039.

24.     Cameron ML, et al. Reproducibility and Reliability of the Outerbridge Classification for Grading Chondral Lesions of the Knee Arthroscopically. Am J Sports Med, 2003;31(1):83-86.

25.     Cameron, ML, et al., The Prevalence of Glenohumeral Osteoarthritis in Unstable Shoulders. Am J Sports Med, 2003;31:53-55.

26.     Carr BJ, et al., Biologic Response to Orthopedic Sutures: A Histologic Study in Rabbit Model, [Abstract]. Orthopedics, 2009;32:828.

27.     Chang JK, et al. Effects of Non-steroidal Anti-inflammatory Drugs on Cell Proliferation and Death in Cultured Epiphyseal-Articular Chondrocytes in Fetal Rats. Toxicology, 2006;228:111-123.

28.     Christiansen Christian F, et al. Incidence and risk of chondrolysis in Denmark: A nationwide population-based study. Clinical Epidemiology, 2010;2:85-89.

29.     Chong PY, et al. Glenohumeral arthritis in the young patient. J Shoulder Elbow Surg, 2011;20:S30-S40.

30.     Chu Constance R, et al. The in vitro effects of Bupivacaine on articular chondrocytes. J Bone Joint Surg B, 2008;90(6):814-820.

31.     Chu, Constance R, et al. In vitro exposure to 0.5% Bupivacaine is cytotoxic to bovine articular chondrocytes. Arthroscopy: The Journal of Arthroscopic and Related Surgery, 2006;22(7):693-699.

32.     Chu, Constance R, et al. In vivo effects of single intra-articular injection of 0.5% Bupivacaine on articular cartilage. J Bone Joint Surg Am, 2010;92:599-608.

33.    Ciccone WJ, Weinstein DM, Elias JJ: Glenohumeral chondrolysis following thermal capsulorrhaphy. Orthopedics 2007; 30(2):158-160.

34.    Cole, et al. Joint Pain, Severe Cartilage Destruction, and Chondrolysis: Guidelines for Improving Diagnostic Differentiation and Clinical Management. Abstract, Presented at 2011 Annual Meeting of Arthroscopy Association of North America.

35.    Coobs BR, LaPrade RF. Severe chondrolysis of the glenohumeral joint after shoulder thermal capsulorrhaphy. Am J Orthop, 2009;38:E34-E37.

36.    Daniel D, et al. Lavage of Septic Joints in Rabbits: Effects of Chondrolysis. J Bone Joint Surg Am, 1976;58:393-395.

37.    Delyle LG, et al. Chronic destructive oligoarthritis associated with Propionibacterium acnes in a female patient with acne vulgaris: Septic-reactive arthritis? Arthritis Rheum, 2000;43:2843-2847.

38.    Deshmukh AV, Koris M, Zurakowski D, Thornhill TS: Total shoulder arthroplasty: long-term survivorship, functional outcome, and quality of life. J Shoulder Elbow Surg 200S; 14(5):471-479.

39.    Dogan N, et al. The effects of Bupivacaine and neostigmine on articular cartilage and synovium in the rabbit knee joint. J International Med Research, 2004;32:513-519.

40.    Dragoo Jason L, et al. The effect of local anesthetics administered via pain pump on chondrocyte viability. Am J Sports Med, 2008;36:1484-1488.

41.    Dragoo Jason L, et al. Chondrotoxicity of low pH, Epinephrine, and preservatives found in local anesthetics containing Epinephrine. Am J Sports Med, 2010;20(10):1-6.

42.    Duncan JW, et al. Idiopathic Chondrolysis of the Hip. J Bone Joint Surg Am, 1979;61:1024-1028.

43.    Edwards Dennis J, et al. Adverse reactions to an absorbable shoulder fixation device. J Shoulder Elbow Surg, 1994;3:230-233.

44.    Edwards RB, III, et al. Thermal chondroplasty of chondromalacic human cartilage. Am J Sports Med, 2002;30(1): 90-97.

45.    Edwards RB, III, et al. Thermometric determination of cartilage matrix temperatures during thermal chondroplasty: comparison of bipolar and monopolar radiofrequency devices. Arthroscopy, 2002;18: 339-346.

46.    FDA: Information for HealthCare Professionals - Chondrolysis reported with contiguously infused local anesthetics (marketed as bupivacaine, chlorprocaine, lidocaine, mepivacaine, procaine and ropivacaine). FDA Website 2009;1-3.

47.    FDA: Information for Healthcare Professionals: Chondrolysis reported with continuously infused local anesthetics (marketed as bupivacaine, chlorprocaine, lidocaine, mepivacaine, procaine and ropivacaine) Updated. FDA Website 2010;1-3.

48.     Fester EW, Noyes FR. Postoperative chondrolysis of the knee: 3 case reports and a review of the literature.
        Am J Sports Med, 2009; pre-pub E-version:1-7.

49.     Florian E, et al. Glenohumeral Joint Preservation current options for managing Articular Cartilage lesions.
        Arthroscopy: The Journal of Arthroscopic and Related Surgery, 2010;26(5):685-696.

50.     Franceschi F, Papalia R, Del BA, Vasta S, Maffulli N, Denaro V: Glenohumeral osteoarthritis after arthroscopic
        Bankart repair for anterior instability. Am J Sports Med 2011; 39(8):1653-1659.

51.     Freehill MQ, et al. Poly-L-lactic acid tack synovitis after arthroscopic stabilization of the shoulder. Am J
        Sports Med, 2003;31:643-47.

52.     Fulkerson, John P, et al. Articular Cartilage Response to Arthroscopic Surgery: A Review of Current
        Knowledge. Arthroscopy: The Journal of Arthroscopic and Related Surgery, 1986;2(3):184-189.

53.     Gartsman GM, Hasan SS. What's New in Shoulder and Elbow Surgery. J Bone Joint Surg Am, 2005;87:226-
        240.

54.     Glueck Dane, et al. Extensive osteolysis after rotator cuff repair with a bioabsorbable suture anchor: A case
        report. Am J Sports Med, 2005;33:742-744.

55.     Gobezie R, et al. Complications associated with the use of pain control infusion pumps (PCIPs) after
        arthroscopic shoulder surgery - Poster Presentation. AOSSM Annual Meeting 2006; Poster #9.

56.     Gomoll Andreas H, et al. Chondrolysis after continuous intra-articular Bupivacaine infusion: An
        experimental model investigating chondrotoxicity in the rabbit shoulder. Arthroscopy: The Journal of
        Arthroscopic and Related Surgery, 2006;22(8):813-819.

57.     Gomoll Andreas H, et al. Long-term effects of Bupivacaine on cartilage in a rabbit shoulder model. Am J
        Sports Med, 2008;X(X):1-6.

58.     Good Christopher R, et al. Case Report: Glenohumeral chondrolysis after shoulder arthroscopy with
        thermal capsulorrhaphy. Arthroscopy: The Journal of Arthroscopic and Related Surgery, 2007;23(7):797.e1-
        797.e5.

59.     Good Christopher R, et al. The effect of radiofrequency energy on glenohumeral fluid temperature during
        shoulder arthroscopy. J Bone Joint Surg, 2009;91(2):429-434.

60.     Greis Patrick E, et al. Bilateral shoulder chondrolysis following arthroscopy. A report of two cases. J Bone
        Joint Surg Am, 2008;90: 1338-1344.

61.     Grishko Valentina, et al. Apoptosis and mitochondrial dysfunction in human chondrocytes following
        exposure to Lidocaine, Bupivacaine, and Ropivacaine. J Bone Joint Surg Am, 2010;92:609-618.

62.     Hansen Brent P, et al. Postarthroscopic glenohumeral chondrolysis. Am J Sports Med, 2007;35(10):1628-
        1634.

63.     Hasan SS, et al, Letter to the Editor. Am J Sports Med, 2010;38(7):NP1-NP2.

64.     Hasan SS, et al, Letters to the Editor, Chondrolysis of the Glenohumeral Joint: Level of Evidence and Additional Analysis. Arthroscopy: The Journal of Arthroscopic and Related Surgery, 2011;27(1): 5-6.

65.     Hoenecke Heinz R. Continuous local anesthetic infiltration. Case report. Orthopedictechreview.com/issues/marapr02/case.htm, 2004.

66.     Hoenecke, Jr., et al. The efficacy of continuous Bupivacaine infiltration following anterior cruciate ligament reconstruction. Arthroscopy: The Journal of Arthroscopic and Related Surgery, 2002;18(8):854-858.

67.     Hogan Christopher J, Diduch David R. Progressive articular cartilage loss following radiofrequency treatment of a partial-thickness lesion. Arthroscopy: The Journal of Arthroscopic and Related Surgery, 2001;17(6):1-4.

68.     Homandberg Gene A, et al. Fibronectin fragments cause chondrolysis of bovine articular cartilage slices in culture. J Biological Chemistry, 1992;267(6):3597-3604.

69.     Hunziker Ernest B, McQuinn Thomas M. Surgical removal of articular cartilage leads to loss of chondrocytes from cartilage bordering the wound edge. J Bone Joint Surg Am, 2003;85(2):85-92.

70.     Ilfeld BM, Morey TE, Enneking FK: The delivery rate accuracy of portable infusion pumps used for continuous regional analgesia. Anesth Analg 2002; 95(5):1331-6.

71.     Irwin MG, et al. Intra-articular injection of ketorolac in the rat knee joint: effect on articular cartilage and synovium. Br J Anaesth, 1998;80:837-839.

72.     Ishida Kazunari, et al. Rapid chondrolysis after arthroscopic partial lateral meniscectomy in athletes. A case report. Knee Surg Sports Traumatol Arthros J, 2006;14:1266-1269.

73.     Jaureguito JW, et al. The effects of morphine on human articular cartilage of the knee: an in vitro study. Arthroscopy, 2002;18:631-36.

74.     Jay GD, Elsaid KA, Chichester CO. Early damage to the articular cartilage matrix occurs following traumatic knee injuries without fracture [abstract]. Acad Emerg Med 2003.

75.     Jerosch Joerg: Aldawoudy Akram M. Chondrolysis of the glenohumeral joint following arthroscopic capsular release for adhesive capsulitis: A case report. Knee Surg Sports Traumatol Arthros J, 2007;15:292-294.

76.     Jurvelin JS, et al. Effects of different irrigation liquids and times on articular cartilage: an experimental, biomechanical study. Arthroscopy, 1994;10:667-72.

77.     Kahan Andre, et al. Rapidly progressive idiopathic chondrolysis simulating tuberculosis of the shoulder. J of Rheumatol, 1983;10(2):291-293.

78.     Kamath R, et al. Perspective: cartilage toxicity from local anesthetics. Skeletal Radiol, 2008;37:871-73.

79.     Kang RW, et al. Complications associated with anterior shoulder instability repair. Arthroscopy, 2009:909-920.

80.     Kang RW, et al. Chondrolysis after continuous intra-articular bupivacaine infusion: an experimental model investigating chondrotoxicity in the rabbit shoulder - Abstract. European Cells and Materials, 2006;12(1):61.

81.   Kaplan, Uribe, et al. The Acute Effects of Radiofrequency Energy in Articular Cartilage: An In-Vitro Study. Arthroscopy. 2000;16(1):2-5.

82.   Karpie John C, Chu Constance R. Lidocaine exhibits dose-and time-dependent cytotoxic effects on bovine articular chondrocytes in vitro. Am J Sports Med, 2007;35:1621-1627.

83.   Klein SM, Greengrass RA, Steele SM, D'Ercole FJ, Speer KP, Gleason DH, DeLong ER, Warner DS: A comparison of 0.5% bupivacaine, 0.5% ropivacaine, and 0.75% ropivacaine for interscalene brachial plexus block. Anesth Analg 1998; 87(6):1316-1319.

84.   Klein SM, et al. Interscalene brachial plexus block with continuous intraarticular infusion of ropivacaine. Anesth.Analg, 2001;93:601-05.

85.   Klein SM, Steele SM, Nielsen KC, Pietrobon R, Warner DS, Martin A, Greengrass RA: The difficulties of ambulatory interscalene and intra-articular infusions for rotator cuff surgery: a preliminary report. Can J Anaesth 2003; 50(3):265-269.

86.   Knudson Warren, et al. Hyaluronan oligosaccharaides perturb cartilage matrix homeostasis and induce chondrocytic chondrolysis. Arthritis & Rheum, 2000;43(5):1165-1174.

87.   Kurz B, et al. Pathomechanisms of cartilage destruction by mechanical injury. Ann Anat, 2005;187:473-85.

88.   Lazarus MD, Harryman DT. Complications of open anterior stabilization of the shoulder. J Am Acad Orthop Surg, 2000;8:122-132.

89.   Leclair A, et al. Rapid chondrolysis after an intra-articular leak of bone cement in treatment of a benign acetabular subchondral cyst: an unusual complication of percutaneous injection of acrylic cement. Skeletal Radiol, 2000;29(5):275-8.

90.   Levine William N, et al. Thermal capsulorrhaphy. Orthopedics, 2004;27(8):823-826.

91.   Levine William N, et al. Chondrolysis following arthroscopic thermal capsulorrhaphy to treat shoulder instability. A report of two cases. J Bone Joint Surg Am, 2005;87(3):616-621.

92.   Levy J C, et al. Young patients with shoulder chondrolysis following arthroscopic shoulder surgery treated with total shoulder arthroplasty. J Shoulder Elbow Surg, 2008;17(3):380-388.

93.   Levy PY, et al. Propionibacterium acnes postoperative shoulder arthritis: An emerging clinical entity. Clin Infect Dis, 2008;46:1884-1886.

94.   Levy JC, Frankle M. Bilateral Shoulder Chondrolysis following arthroscopy. A report of two cases - Letter to the Editor. J Bone Joint Surg Am, 2008;90A:2546-2548.

95.   Levy JC. Chondrolysis following shoulder arthroscopy: a multitude of contributing factors, Letter to the Editor (e-version). J Bone Joint Surg Am, 2008.

96.   Lo IK, et al. Local anesthetics induce chondrocyte death in bovine articular cartilage disks in a dose- and duration-dependent manner. Arthroscopy, 2009;25:707-15.

97.     Loew M, et al. Intraarticular lesions in primary frozen shoulder after manipulation under general anesthesia. J Shoulder Elbow Surg, 2005;14:16-21.

98.     Lu Y, et al. Thermal chondroplasty with radiofrequency energy: An in vitro comparison of bipolar and monopolar radiofrequency devices. Am J Sports Med, 2001;29(1):42-9.

99.     Lu Y, et al. Lavage solution temperature influences depth of chondrocyte death and surface contouring during thermal chondroplasty with temperature-controlled monopolar radiofrequency energy. Am J Sports Med, 2002;30(5):667-673.

100.    Lu Y, et al. Thermal chondroplasty with bipolar and monopolar radiofrequency energy: Effect of treatment time on chondrocyte death and surface contouring. Arthroscopy: The Journal of Arthroscopic and Related Surgery, 2002;18(7):779-788.

101.    Lu Y, et al. Effect of simulated shoulder thermal capsulorrhaphy using radiofrequency energy on glenohumeral fluid temperature. Arthroscopy, 2005;21:592-596.

102.    Lubowitz James H, Poehling Gary G. Glenohumeral thermal capsulorrhaphy is not recommended – Shoulder chondrolysis requires additional research. Arthroscopy: The Journal of Arthroscopic and Related Surgery, 2007;23(7):687.

103.    Lubowitz JH, Poehling GG, Editor's Note. Arthroscopy: The Journal of Arthroscopic and Related Surgery, 2011;27(1):7-8.

104.    Lukoschek, M, et al. Synovial Membrane and Cartilage Changes in Experimental Osteoarthrosis. J Orthop Research, 1988;6:475-492.

105.    Matsen FA, III, et al. Principles for the evaluation and management of shoulder instability. J Bone Joint Surg Am, 2006;88:648-6S9.

106.    McCarty LP, III, Cole BJ. Reconstruction of the glenohumeral joint using a lateral meniscal allograft to the glenoid and osteoarticular humeral head allograft after bipolar chondrolysis. J Shoulder Elbow Surg, 2007;16(6):e20-e24.

107.    McNickle Allison G, et al. Postsurgical glenohumeral arthritis in young adults. Am J Sports Med, 2009;X(X): 1-8.

108.    Meachim G. The effect of scarification on articular cartilage in the rabbit. J Bone Joint Surg Br, 1963;45(1):150-161.

109.    Nakagawa Yasuaki, et al. Glenohumeral osteoarthritis following a "color test" during rotator cuff repair. A case report and a review of the literature. Hospital for Joint Diseases, 1998;57(4):216-218.

110.    Nechleba J, et al. Continuous intra-articular infusion of bupivacaine for postoperative pain following total knee arthroplasty. J Knee Surg, 2005; 18:197-202.

111.    Nho S, Friel NA, Cole BJ: Idiopathic glenohumeral chondrolysis: A case report. Rush Orthopedics Journal 2011;32-36.

112. Nole R, et al. Bupivacaine and saline effects on articular cartilage. Arthroscopy: The Journal of Arthroscopic and Related Surgery, 1985;1(2):123-127.

113. O'Driscoll S. Letters to the Editor: Glenohumeral Chondrolysis Article. Arthroscopy: The Journal of Arthroscopic and Related Surgery, 2010;26(4):439.

114. Park Hyung Bin, et al. Suture anchors and tacks for shoulder surgery, Part II: The prevention and treatment of complications. Am J Sports Med, 2006;34:136-144.

115. Parsons IM, et al. The effect of total shoulder arthroplasty on self-assessed deficits in shoulder function in patients with capsulorrhaphy arthropathy. J Shoulder Elbow Surg, 2007;16:19S-26S.

116. Petty Damon H, et al. Glenohumeral chondrolysis after shoulder arthroscopy: Case reports and review of the literature. Am J Sports Med, 2004;32:509-515.

117. Piper SL, Kim HT. Comparison of ropivacaine and bupivacaine toxicity in human articular chondrocytes. J Bone Joint Surg Am, 2008;90:986-91.

118. Privitera DM, Bisson LJ, Marzo JM: Minimum 10-year follow-up of arthroscopic intra-articular bankart repair using bioabsorbable tacks. Am J Sports Med 2011; e-pub:1-8.

119. Provencher MT, Navaie M, Solomon DJ, Smith JC, Romeo AA, Cole BJ: Joint chondrolysis. J Bone Joint Surg Am 2011; 93(21):2033-2044.

120. Quick DC, Guanche CA: Evaluation of an anesthetic pump for postoperative care after shoulder surgery. J Shoulder Elbow Surg 2003; 12(6):618-621.

121. Rapley JH, et al. Glenohumeral chondrolysis after shoulder arthroscopy associated with continuous bupivacaine infusion. Arthroscopy, 2009;25:1367-73.

122. Rawal N, et al. Postoperative patient-controlled local anesthetic administration at home. Anesth Analg, 1998;86:86-89.

123. Reagan Brian F, et al. Irrigating solutions for arthroscopy. J Bone Joint Surg Am, 1983;65(5):629-631.

124. Reider Bruce. Caveat injector. Editorial. Am J Sports Med, 2007;35(10):1619-1620.

125. Rey J, II, et al. Postarthroscopic chondrolysis of the glenohumeral joint. Seminars Arthroplasty, 2009;20:103.

126. Ryan A, et al. The effects of radiofrequency energy treatment on chondrocytes and matrix of fibrillated articular cartilage. Am J Sports Med, 2003;31:386-391.

127. Ryu J, Savoie Felix H. Post Operative Glenohumeral chondrolysis of the Shoulder. Sports Med Arthrosc Rev, 2010;18(3):181-187.

128. Sanders Timothy G, et al. Chondrolysis of the glenohumeral joint after arthroscopy: Findings on radiography and low-field-strength MRI. Am J Radiol, 2007;188:1094-1098.

129. Sassmannshause G, et al. Broken of dislodged poly-L-lactic acid bioabsorbable tacks in patients after SLAP lesion surgery. Arthroscopy, 2006;22:615-619.

130. Savoie Felix H, et al. The pain control infusion pump for postoperative pain control in shoulder surgery. Arthroscopy: The Journal of Arthroscopic and Related Surgery, 2000;16(4):339-342.

131. Scheffel PT, et al. Glenohumeral chondrolysis: A systematic review of 100 Cases from the English language literature. J Shoulder Elbow Surg, 2010;19:944-949.

132. Schuman K, et al. Sports Activity After Anatomical Total Shoulder Arthroplasty. J Bone Joint Surg Am, 2010; 38(10):2097-2105.

133. Serrato JA, Fleckenstein CM, Hasan SS: Glenohumeral chondrolysis associated with use of an intra-articular pain pump delivering local anesthetics following manipulation under anesthesia: a report of four cases. J Bone Joint Surg Am 2011; 93(17):e991-e998.

134. Seshadri V, et al. Lidocaine potentiates the chondrotoxicity of methylprednisolone. Arthroscopy, 2009;25:337-47.

135. Shafer BL, et al. Effects of capsular plication and rotator interval closure in simulated multidirectional shoulder instability. J Bone Joint Surg Am, 2008;90:136-44.

136. Shapiro PS, et al. The Effects of Local Corticosteroid or Ketorolac Exposure on Histologic and Biomechanical Properties of Rabbit Tendon and Cartilage. Hand, 2007;2:165-172.

137. Shibata Y, et al. Chondrolysis of the glenohumeral joint following a color test using gentian violet. Int Ortho, 2001;25:401-403.

138. Slabaugh Mark A, et al. Rapid chondrolysis of the knee after anterior cruciate ligament reconstruction: A case report. J Bone Joint Surg Am, 2010;92:186-189.

139. Solomon DJ, et al. Glenohumeral chondrolysis after arthroscopy: A systematic review of potential contributors and causal pathways. Arthroscopy, 2009;25:1329-42.

140. Sperling JW, et al. Neer Hemiarthorplasty and Neer Total Shoulder Arthroplasty in Patients Fifty Years Old or Less. Long Term Results. J Bone Joint Surg Am, 1998;80:464-473.

141. Sternlicht Andrew L, et al. Role of pin protrusion in the etiology of chondrolysis: A surgical model with radiographic, histologic, and biochemical analysis. J Pediatric Ortho, 1992;12:428-433.

142. Szczodry M, et al. Progressive Chondrocyte Death After Impact Injury Indicates a Need For Chondroprotective Therapy. Am Journal of Sports Med, 2009;37(12):2318-2322.

143. Taillandier J, et al. Rapid multifocal chondrolysis after liver transplantation in four patients. Ann Rheum Dis, 2006;65:118-120.

144. Tamai Kazuya, et al. Chondrolysis of the shoulder following a "color test" – assisted rotator cuff repair. A report of two cases. Acta Orthop Scand, 1997;68(4):401-402.

145.   Taylor MD, et al. Six bioabsorbable polymers: in vitro acute toxicity of accumulated degradation products. J Appl Biomater, 1994;5:151-157.

146.   Tew Simon R, et al. The reactions of articular cartilage to experimental wounding. Arthritis & Rheum, 2000;43(1):215-225.

147.   Topolski Mark S, et al. Revision shoulder arthroplasty with positive intraoperative cultures: The value of preoperative studies and intraoperative histology. J Shoulder Elbow Surg, 2006;15(4):402-406.

148.   Townshend D, et al. Intra-articular injection versus portal infiltration of 0.5% Bupivacaine following arthroscopy of the knee. A prospective, randomized double-blinded trial. J Bone Joint Surg Br, 2009;91(5):601-603.

149.   Van Huyssteen AL, Bracey DJ. Chlorhexidine and chondrolysis in the knee. J Bone Joint Surg Br, 1999;81(6):995-996.

150.   Vangsness CT Jr. Radiofrequency use on articular cartilage lesions. Orthop Clin North Am, 2005;36:427-31.

151.   Warme WJ, et al. Late foreign-body reaction to Ticron Sutures Following Inferior Capsular Shift: a case report. Am J Sports Med, 2004;32:232-236.

152.   Wiater BP, et al. Risk Factors for Chondrolysis of the Glenohumeral Joint, A Study of Three Hundred and Seventy-five Shoulder Arthroscopic Procedures in the Practice of an Individual Community Surgeon. J Bone Joint Surg Am, 2011;93:615-625.

153.   Wong Kirk, Williams Gerald R: Complications of thermal capsulorrhaphy of the shoulder. J Bone Joint Surg Am, 2001;83(2):151-155.

154.   Wright JG, et al. Introducing Levels of Evidence to The Journal. J Bone Joint Surg Am, 2003;85:1-3.

155.   Yamaguchi Ken, et al. Postoperative pain control following arthroscopic release of adhesive capsulitis: A short-term retrospective review study of the use of an intra-articular pain catheter. Arthroscopy: The Journal of Arthroscopic and Related Surgery, 2002;18(4):359-365.

156.   Yang CY, et al. Effect of irrigation fluids on the articular cartilage: a scanning electron microscope study. Arthroscopy, 1993;9:425-430.

157.   Yarbrough Robert, Gross Richard: Chondrolysis: An update. J Pediatric Orthop, 2005;25(5):702-704.

158.   Zoric BB, et al. Factors influencing intra-articular fluid temperature profiles with radiofrequency ablation. J Bone Joint Surg Am, 2009;91:2448-54.

159.   Various other authoritative books, texts, treatises and book chapters relating to orthopedics and/or local anesthetics.

160.   Plaintiff's medical records and radiology

161.   IME examination report of Plaintiff

162.   Peter R. Kurzweil, M.D.'s Expert Report

163.    Stephen Trippel, M.D.'s Expert Report

164.    Relevant IFUs

165.    Deposition transcript and exhibits of Plaintiff and treating physicians

166.    Various labeling/PDRs regarding various local anesthetics

## PRIOR TESTIMONY

None

*Michelle Cameron-Donaldson, M.D.*
*Livingston Health Care*
*Orthopedics and Rehabilitation Institute*
*1315 W. Crawford*
*Livingston, Montana 59047*
*406-222-9970*
*MDMD@LivingstonHealthCare.Org*
*mleecamdon@aol.com*

_Appointments and Affiliations_
**Ruth Jackson Society, Nominating committee,** 2004-2005.

**American Orthopedic Society for Sports Medicine Research Committee,** 2004-Present.

**National ChairPerson, Female Athlete Triad Coalition,** 2003-2004.

**Head Moderator, Female Athlete Triad Summit,** Indianapolis, 2003.

**Physician Co-Chair of Orthopedic Nursing Program,** AAOS, New Orleans, 2003

**Head Moderator, Female Athlete Triad Summit,** Chicago, July 2002.

**Consulting Surgeon, United States Ski and Snowboard Team,** 2001-Present.

**Member, International Society of Arthroscopy, Knee and Orthopedic Surgery,** 2003-Present,

**Member, American College of Sports Medicine,** 2002-Present.

**Member, American Orthopedic Society for Sports Medicine,** 2002-Present.

**Member, American College of Sports Medicine,** 2002-Present.

**Member, Montana Medical Society,** 2003-Present.

**Member, Ennis Association of Orthopaedic Friends,** 1998-Present.

_Employment History_
**Livingston Health Care, Orthopedic Surgeon, Chief of Orthopedics, Chief of Surgery,** March, 2003-Present.

**Rocky Mountain Orthopedic Specialist, Orthopedic Surgeon,** August 2001-November 2002.

*Certifications*
**Certified Wound Care Consultant,** National Alliance of Wound Care
**Board Certified Orthopedic Surgeon,** American Board of Orthopedic Surgery
**Board Certified Orthopedic Surgeon,** American Board of Physician Specialties

*Education*
**Sports Medicine Fellowship, Steadman Hawkins Clinic,** Vail, Colorado, 2000-2001
**Orthopaedic Residency, Johns Hopkins Hospital,** 1995-2000
**University of Pittsburgh School of Medicine,** 1993-1995, M.D. 5/95
**Post-Sophomore Research Fellowship, University of Pittsburgh Pathology Department,** 1992-1993
**University of Missouri School of Medicine,** 1990-1992
**University of Missouri,** 1988-1990, B.S. Biology 5/90
**University of Kansas,** 1986-1988

*Honors and Awards*
**Caspari Award, Outstanding Upper Extremity Paper,** I.S.A.K.O.S., Auckland, New Zealand, 2003

**Traveling Fellowship 2001-2002, Ruth Jackson Orthopaedic Society,** A.A.O.S., San Francisco, 2001
    **Mission:** Promote public awareness regarding the female athlete triad.

**Outstanding Resident Research Award,** Ruth Jackson Orthopaedic Society, A.A.O.S. Orlando, 2000

**Finalist, Joyce Award, Outstanding Paper of Meeting,** I.S.A.K.O.S., Washington D.C., 1999

**2nd Place, AOA-Zimmer Resident Research Award,** 1999

**Resident Research Award,** Maryland Orthopaedic Society, Baltimore, 1999

**Outstanding Resident Research Award,** Ruth Jackson Orthopaedic Society, A.A.O.S., Anaheim 1999

**Herodicus Fellow,** Herodicus Society Meeting, June 1997

**Herodicus Award, Outstanding Resident Research Paper,** A.O.S.S.M., Orlando 1996

**Phi Beta Kappa,** University of Pittsburgh School of Medicine, 1995

**Alpha Omega Alpha,** Medical Honor Society, 1994

**American College of Rheumatology Medical Student Travel Award,** 1993

**Outstanding Health Policy Paper,** University of Missouri, 1992

**Summa Cum Laude and Special Distinction in Biology,** University of Missouri, 1990

## *Laboratory Experience*
**The Validity, Reliability, Inter- and Intra-observer Reproducibility of the Outerbridge Classification for Chondral Lesions.** Steadman Hawkins Clinic, 2000

**Magnetic Resonance Imaging and Cytokine Profiles in the Acute and Subacute Anterior Cruciate Ligament Deficient Knee:** *Does the Extent of Intra-Articular Trauma Correlate with the Severity of Cytokine Abnormality?* Steadman Hawkins Clinic, 2000

**Anatomic Dissection, Position of the Posterior Interosseous Nerve at the Elbow.** Department of Hand Surgery, Union Memorial Hospital, 1999.

**Inflammatory Cytokine Expression in Response to Mechanical Stress in Normal and Osteoarthritic Chondrocytes.** Division of Arthritis Surgery, Department of Orthopaedic Surgery, Johns Hopkins Medical Institutions, 1995-2000.

**Synovial Fluid Cytokine and Proteoglycan Concentrations in the ACL Deficient Knee as Possible Prognostic Indicators for Osteoarthritis and Arthrofibrosis.** Musculoskeletal Research Institute, University of Pittsburgh, 1992-1995.

**Polymerase Chain Reaction as an Assay for Detection of AZT-Resistant Strains of HIV.** Graduate School of Public Health, University of Pittsburgh, 1992-1993.

## *Bibliography*

### Submitted/In Publication
VN White, ML Cameron-Donaldson. "A New Method for Radiographic Evaluation of the Patella: *the axial oblique projection*". Submitted.

ML Cameron-Donaldson, M Horan, K Briggs, RJ Hawkins. "The Association Between Risk of Glenohumeral Arthrosis and Degree of Longstanding Anterior Instability of the Shoulder". Submitted.

ML Cameron-Donaldson, C Frondoza, D Hungerford. **"Cartilage Debris Increases the Expression of Chondrodestructive Tumor Necrosis Factor-Alpha by Normal and Osteoarthritic Chondrocytes"**, *Submitted*.

PH Marks, **ML Cameron-Donaldson**. **"Cartilage Catabolic Cytokine Levels and Cartilage Injury in the Anterior Cruciate Ligament Deficient Knee"**, *Submitted*.

**ML Cameron-Donaldson**, M Horan, K Briggs, RJ Hawkins. **"The Relative Risk of Glenohumeral Osteoarthritis in Patients with Shoulder Instability".** Submitted.

**Peer Reviewed Journals**

Lawton J, Cameron-Donaldson ML, Moore JR. **"The Anatomy of the Posterior Interosseous Nerve at the Elbow"**, JSES, 2007.

**ML Cameron-Donaldson**, R Monto, K Briggs, M Close, RJ Hawkins. **"Magnetic Resonance Imaging in the Evaluation of Tibial Spine Avulsion Fractures"**, In Publication J of Knee Surgery, 2006.

Marks PH, Cameron-Donaldson ML. **"Inflammatory Cytokine Profiles Correlate with the Degree of Chondrosis in the Chronic Anterior Cruciate Ligament Deficient Knee"** . *Arthroscopy*, November, 2005.

**ML Cameron-Donaldson**, C Frondoza, D Hungerford. **"Proinflammatory Tumor Necrosis Factor-Alpha and Interleukin-1-Beta Expression is Increased in Osteoarthritic but not Normal Chondrocytes"**, *Arthroscopy*, February, 2005.

JR Steadman, **ML Cameron-Donaldson**, KK Briggs, WG Rodkey. **"A Minimally Invasive Technique to Treat Proximal ACL injuries in the Skeletally Immature Patient"**, J of Knee Surgery, 2005.

**ML Cameron-Donaldson. "The Female Athlete Triad"**. *Orthopaedic Nursing*, August, 2003.

**ML Cameron**, K Briggs, M Kocher, RJ Hawkins, JR Steadman. **"The Accuracy, Inter- and Intra-observer Reliability of the Outerbridge Classification"** , *American Journal of Sports Medicine*, January/February 2003.

ML Cameron, K Briggs, M Kocher, RJ Hawkins. "The Prevalence of Glenohumeral Osteoarthritis in the Unstable Shoulder". *American Journal of Sports Medicine*, January/February 2003.

Cameron ML, Sponseller PD, Rossberg MI. "Pediatric Analgesia and Sedation for the Management of Orthopedic Conditions". *American Journal of Orthopaedics*, September 2000.

Marks PH, Cameron ML. "Fracture of the Fabella: A Case of Posterolateral Knee Pain". *Orthopaedics*. June 1998.

Cameron ML, Fu FH, Passler HH, Buchgraber A, Evans CH, Vogt M, Thonar EJ. "The Natural History of the ACL Deficient Knee: Changes in Synovial Fluid Cytokine and Keratan Sulfate Concentrations". *American Journal of Sports Medicine*, November/December 1997.

Cameron ML, Fu FH, Passler HH, Schneider M, Evans CH. "Synovial Fluid Cytokine Concentrations in the ACL Deficient Knee as Possible Prognostic Indicators". *Knee Surgery-Sportstraumatology-Arthroscopy*, May 1994.

Cameron ML, Fu FH. "Synovitis Secondary to Biological Materials". *Bulletin of Rheumatic Diseases*, October, 1994.

Marks PH, Cameron ML, Fu FH. "Allograft Reconstruction of the Cruciate Ligament: Results and Clinical Perspectives". *Der Orthopaede*, November 1993.

## Non-Peer Reviewed Publications and Invited Articles
Cameron ML, Mizuno Y, Cosgarea AJ. "Anterior Cruciate Ligament Injuries: Diagnosis and Management". *Journal of Musculoskeletal Medicine*, March, 2000.

Cameron ML. "Genesis of the Oregon Health Care Plan". *Missouri Medical Review*, Winter 1992.

## Book Chapters
Five Minute Orthopaedic Consultant, Contributing Author, Eds: Sponseller PD, and Wenz J. Williams and Wilkins. Publication date 2000.

## Internet Publications
Contributing Author: Female Athlete Issues ONLINE MODULE, AAOS, 2003. M. Cameron-Donaldson, E. Arendt, H. Duck, M. Ireland.

Cameron ML. **"Ehlors-Danlos Syndrome"**, *Hyperlink Orthopaedic Web Site*, June 2000.

Cameron ML. **"Lyme Disease"**, *Hyperlink Orthopaedic Web Site*, June 2000.

Cameron ML. **"Juvenile Rheumatoid Arthritis"**, *Hyperlink Orthopaedic Web Site*, June 2000.

Cameron ML. **"Ankylosing Spondylitis and Miscellaneous Autoimmune Disorders"**, *Hyperlink Orthopaedic Web Site*, June 2000.

Cameron ML. "Homocysteinuria", *Hyperlink Orthopaedic Web Site*, June 2000.

Cameron ML, Sponseller PD. **"Pediatric Conscious Sedation"**, *Hyperlink Orthopaedic Web Site*, April 2000.

### *Presentations*
**"The Prevalence of Severe Chondral Damage in Patients with ACL deficiency"**, AOSSM, Quebec City. 2004.

**"A Minimally Invasive Technique to Treat Proximal ACL injuries in the Skeletally Immature Patient"**, AOSSM, Quebec City, 2004.

**"A Minimally Invasive Technique to Treat Proximal ACL injuries in the Skeletally Immature Patient"**, AAOS, New Orleans, 2004.

**"The Relative Risk of Glenohumeral Osteoarthritis in Patients with Shoulder Instability"**, ISAKOS, Auckland, New Zealand, 2003.

**"The Accuracy, Inter- and Intra-observer Reliability of the Outerbridge Classification"**, ISAKOS, Auckland, New Zealand, 2003.

**"The Incidence of Glenohumeral Osteoarthritis in the Unstable Shoulder"**, ISAKOS, Auckland, New Zealand, 2003.

**"The Relative Risk of Glenohumeral Osteoarthritis in Patients with Shoulder Instability"**, AAOS, New Orleans, 2003.

**"The Incidence of "Popcye" Deformity and Muscle Weakness following Biceps Tenotomy for Recalcitrant Biceps Tendonitis"**, AAOS, New Orleans, 2003.

**"The Female Athlete Triad: A National Health Concern"** NAON annual congress, Las Vegas, 2002.

"The Incidence of Glenohumeral Osteoarthritis in the Unstable Shoulder" AAOS, Dallas, 2002.

"The Incidence of Glenohumeral Osteoarthritis in the Unstable Shoulder" AOSSM Specialty day, Dallas, 2002.

"The Female Athlete Triad: What Every Medical Professional Should Know" Grand Rounds, University of Texas-San Antonio, January 2001.

"Female ACL Injuries" Grand Rounds, Brooks Army Medical Center, January 2002.

"The Female Athlete Triad: What Every Medical Professional Should Know" Grand Rounds, Johns Hopkins Hospital, December 2001.

"The Role of Meniscal Pathology and Chondrodestructive Cytokines in the Development of Post-Traumatic Osteoarthritis in the Anterior Cruciate Ligament Deficient Knee" AANA, Seattle, 2001.

"The Role of Meniscal Pathology and Chondrodestructive Cytokines in the Development of Post-Traumatic Osteoarthritis in the Anterior Cruciate Ligament Deficient Knee" ISAKOS, Montreaux, 2001.

"Inflammatory Cytokine Profiles Correlate with the Degree of Chondrosis in the Chronic Anterior Cruciate Ligament Deficient Knee". ACL Study Group, Rhodes, 2000.

"Inflammatory Cytokine Profiles Correlate with the Degree of Chondrosis in the Chronic Anterior Cruciate Ligament Deficient Knee". Ruth Jackson Society, A.A.O.S., Orlando, 2000.

"10-11 year Follow-Up of SROM Total Hip Arthroplasty", AAOS, Orlando, 2000.

" Enoxaparin vs. Warfarin for Anti-Coagulation after Total Knee Arthroplasty", AAOS, Orlando, 2000.

"Cartilage Debris Increases the Expression of Chondrodestructive Tumor Necrosis Factor-Alpha by Normal and Osteoarthritic Chondrocytes".
ISAKOS, Washington, D.C., 1999.

"Proinflammatory Tumor Necrosis Factor-Alpha and Interleukin-1-Beta Expression is increased in Osteoarthritic but not Normal Chondrocytes".
ISAKOS, Washington, D.C., 1999.

"Inflammatory Cytokine Profiles Correlate with the Degree of Chondrosis in the Chronic Anterior Cruciate Ligament Deficient Knee".

ISAKOS,  Washington D.C., 1999.

**"Cartilage Debris Increases the Expression of Chondrodestructive Tumor Necrosis Factor-Alpha by Normal and Osteoarthritic Chondrocytes".**
AAOS, Specialty Day, Anaheim, 1999.

**"Proinflammatory Tumor Necrosis Factor-Alpha Expression is increased in Osteoarthritic Chondrocytes Subjected to Physiologic Mechanical Stress".**
AAOS/ORS Anaheim, 1999.

**"Anatomy of the Posterior Interosseous Nerve at the Elbow",**
Hand Society, 1999.

**"Transchondral Fractures of the Knee in Alpine Skiers".**
ACL Study Group, Beaver Creek, 1998.

**"The Natural History of the ACL Deficient Knee:  Changes in Synovial Fluid Cytokine and Keratan Sulfate Concentrations".**
Herodicus Society Meeting, June 1997.

**"The Natural History of the ACL Deficient Knee:  Changes in Synovial Fluid Cytokine and Keratan Sulfate Concentrations".** Herodicus Society Award for Outstanding Research,  AOSSM, Orlando, June 1996.

**"The Natural History of the ACL Deficient Knee:  Changes in Synovial Fluid Cytokine and Keratan Sulfate Concentrations".**
ESKA, Budapest, May 1996.

**"Evolving Cytokine Profiles in the ACL Deficient Human Knee".**
ORS, Atlanta, 1996.

**"Cytokine and Chondroitin Sulfate Levels in the Synovial Fluid of the Chronic ACL Deficient Knee".** ORS, Atlanta, 1996.

**"Evolving Cytokine Profiles in the ACL Deficient Human Knee".**
Maryland Orthopaedic Society, Baltimore, 1996.

**"Synovial Fluid Cytokine Concentrations in the ACL Deficient Knee as Possible Prognostic Indicators".** AOA, Sun Valley, 1994.

**"Synovial Fluid Cytokine Concentrations in the ACL Deficient Knee as Possible Prognostic Indicators".** AANA, Orlando, 1994.

**"The Development of Osteoarthritis and Arthrofibrosis Following ACL Rupture: Do Cytokines Contribute?".**
University of Pittsburgh, Research Rounds, 1993.

**"Cytokines in the Post-traumatic Knee as Possible Contributors to the Development of Osteoarthritis and Arthrofibrosis".**
New Zealand Orthopaedic Society, 1993.

**."Interleukin-1 Receptor Antagonist and its Delivery by Gene Transfer".**
Mid-Atlantic Pharmacology Society, 1993.

### *Grants*

**ML Cameron**, JR Steadman. "Bone Bruising and Cytokine Levels in the Acute and Chronic ACL Deficient Knee". National Football League, $25,000, 2000.

Lawton, J, **Cameron ML**, Moore, JR. "The Anatomy and Excursion of the Posterior Interosseous Nerve at the Elbow". Curtis Hand Foundation, $1,200.00, 1998.

**Cameron ML**, Fu FH, Evans CH. "Cytokines as Prognosticators in the ACL Deficient Knee". Arthroscopy Association of North America. $15,000.00, 1994.

## Fee Schedule

Deposition Testimony: $500.00/hour (4- hour minimum or daily rate of $3,500.00)

Court Testimony: $750.00/hour or $5,000.00/day