**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-01524-REB-KMT

BETH S. MAXWELL, and
MARTIN R. MAXWELL, wife and husband,

    Plaintiffs,

v.

STYKER CORPORATION, a Michigan corporation,
STYKER SALES CORPORATION, a Michigan corporation, and
DOES 1-10, inclusive,

    Defendants.

---

## MINUTE ORDER[1]

---

    The following matters are before the court for consideration: (1) **Defendants' Motion To Exclude The Testimony of Dr. Peggy Pence (F.R.E. 702 and *Daubert*)**[#81][2] ; (2) **Defendants' Motion To Exclude The Testimony of Yadin David, Ed.D (F.R.E. 702 and *Daubert*)** [#82]; and (3) **Defendants' Motion To Exclude The Testimony of Dr. Stephen Trippel (F.R.E. 702 and *Daubert*)** [#83] all filed June 26, 2012. After reviewing the motions and the record, the court has concluded that the motions should be stricken for failure to comply with the court's **Trial Preparation Conference Order** [#36] entered September 13, 2011, that Rule 702 motions were due March 28, 2012, and in violation of this court's practice standard, REB Civ. Practice Standard V.B.1.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Defendants' Motion To Exclude The Testimony of Dr. Peggy Pence (F.R.E. 702 and *Daubert*)**[#81] filed June 26, 2012, is **STRICKEN**;

    2. That **Defendants' Motion To Exclude The Testimony of Yadin David, Ed.D (F.R.E. 702 and *Daubert*)** [#82] filed June 26, 2012, is **STRICKEN**; and

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#81]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

3. That **Defendants' Motion To Exclude The Testimony of Dr. Stephen Trippel (F.R.E. 702 and *Daubert*)** [#83] filed June 26, 2012, is **STRICKEN**.

Dated: June 27, 2012